**STATE of Missouri, Respondent,**

v.

**Shawn A. COLLINS, Appellant.**

**No. WD 62861.**

Missouri Court of Appeals,
Western District.

Sept. 14, 2004.

John M. Schilmoeller, Kansas City, MO, for appellant.

Deborah Daniels, Assistant Attorney General, Jefferson City, MO, for respondent.

Before BRECKENRIDGE, P.J., SMART and HOWARD, JJ.

### *ORDER*

PER CURIAM.

Shawn A. Collins appeals his conviction of the class A felony of assault in the first degree, in violation of section 565.050, RSMo 2000, and sentence of fifteen years. Since a published opinion would have no

precedential value, a memorandum has been provided to the parties.

The judgment is affirmed. Rule 30.25(b).